IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| NATASHA JONES, et al., )<br>individually and on behalf )<br>of all other similarly )<br>situated individuals, )<br>    )<br>    Plaintiffs, )<br>    )<br>  v. )<br>    )<br>ASK TELEMARKETING, INC., )<br>an Alabama Corporation, )<br>    )<br>    Defendant. ) | CIVIL ACTION NO.<br>2:22cv20-MHT<br>(WO) |

**JUDGMENT**

Based on the joint stipulation of dismissal with prejudice as to plaintiff Jakaya Sanders only (Doc. 25), and the court finds that "there is no just reason for delay," Fed. R. Civ. P. 54(b), it is ORDERED that:

(1) All claims of plaintiff Jakaya Sanders are dismissed with prejudice, with plaintiff Sanders and defendant ASK Telemarketing, Inc., to bear their own attorneys' fees and costs; plaintiff Sanders is terminated as a party to this action.

(2) The motion for summary judgment (Doc. 20) is

denied as moot.

The clerk of court is directed to enter this as a final judgment pursuant to Federal Rule of Civil Procedure 54(b).

This case is not closed.

DONE, this the 27th day of April, 2022.

                                 /s/ Myron H. Thompson
                                **UNITED STATES DISTRICT JUDGE**