IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
NATASHA JONES, et al.,        )
individually and on behalf    )
of all other similarly        )
situated individuals,         )
                              )
     Plaintiffs,              )
                              )    CIVIL ACTION NO.
     v.                       )      2:22cv20-MHT
                              )         (WO)
ASK TELEMARKETING, INC.,      )
an Alabama Corporation,       )
                              )
     Defendant.               )
```

ORDER

Upon review of the report of the parties' planning meeting (Doc. 31), and in light the two-step process recommended by the Eleventh Circuit in putative collective actions under the Fair Labor Standards Act, 29 U.S.C. § 216(b), *see Morgan v. Fam. Dollar Stores, Inc.*, 551 F.3d 1233, 1260 (11th Cir. 2008), *Hipp v. Liberty Nat'l Life Ins. Co.*, 252 F.3d 1208, 1218-19 (11th Cir. 2001), *Florence v. Deli Mgmt., Inc.*, No. 1:18-CV-4303-SCJ, 2018 WL 7474860, at *1 (N.D. Ga. Dec. 18, 2018) (Jones, J.) ("Pre-certification discovery in

an FLSA action is the exception, not the rule."), it is ORDERED that:

(1) The parties shall submit a new Rule 26(f) report within 10 days after the court's ruling on plaintiffs' motion for conditional collective certification and court-authorized notice to potential opt-in plaintiffs (Doc. 26).

(2) Discovery will commence after the court's ruling on plaintiffs' conditional-certification motion.

(3) The deadline for amending the pleadings shall be set after the court's ruling on plaintiff's conditional-certification motion. All proposed amendments to the pleadings shall be filed with a motion for leave to amend pursuant to Federal Rule of Civil Procedure 15 and Middle District of Alabama Local Rule 15.1.

DONE, this the 2nd day of May, 2022.

                            /s/ Myron H. Thompson
                         UNITED STATES DISTRICT JUDGE