IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
NATASHA JONES, et al.,        )
individually and on behalf    )
of all other similarly        )
situated individuals,         )
                              )
        Plaintiffs,           )
                              )     CIVIL ACTION NO.
        v.                    )       2:22cv20-MHT
                              )          (WO)
ASK TELEMARKETING, INC.,      )
an Alabama Corporation,       )
                              )
        Defendant.            )
```

ORDER

Upon consideration of the parties' joint proposal regarding notice (Doc. 38) and their proposed consent form (which was emailed to the court), it is ORDERED that:

(1) The notice is revised with the following changes:

(a) The docket number shall be listed as "2:22-CV-00020-MHT" instead of "2:22-CV-00020-JTA."

(b) Instead of stating that individuals eligible to join the suit must "mail, fax, or email the

enclosed Consent Form in the envelope provided," section 8 shall state that individuals eligible to join the suit must "email, fax, or mail the enclosed Consent Form in the envelope provided ... ."

(c) Instead of stating that signed consent forms "must be completed and postmarked by [60 days from mailing], 2023," section 8 shall state that signed consent forms "must be completed and emailed, faxed, or postmarked by [insert date 60 days after plaintiffs' counsel first mails and/or emails notice], 2023, ... ."

(d) Instead of stating that signed consent forms "must be postmarked by [60 days from mailing], 2023," section 9 shall state that signed consent forms "must be emailed, faxed, or postmarked by [insert date 60 days after plaintiffs' counsel first mails and/or emails notice], 2023, ... ."

(2) The notice, as revised, and the consent form are attached to this order and are approved by the court.

(3)   Accordingly,

(a)  Within  seven  days  of  the  date  of  this order,  defendant  shall  deliver  to  plaintiffs'  counsel an  electronic  database  that  contains  the  names,  last known  mailing  addresses,  and  personal  email  addresses (if   available)   of   all   hourly   customer-service representatives  who  worked  for  defendant  at  any  time during  the  three  years  preceding  the  initiation  of  this suit.

(b)  Within  seven  days  of  defendant  providing this  contact  information,  plaintiffs'  counsel  shall mail  or  email  individuals  who  are  eligible  to  join  the collective  action  with  notice  of  the  lawsuit  and  a consent  to  join  form.

(c)  Thirty  days  after  the  notice  is  issued, plaintiffs'  counsel  shall  send  one  reminder  email  (if an  email  address  is  available)  to  any  eligible  member of  the  collective  action  who  has  not  yet  responded  to the  opt-in  notice.

3

(d) All persons who wish to join this lawsuit must either file a consent to join form with the court or provide a consent to join form to plaintiffs' counsel within 60 days of the date that the notice is first mailed and/or emailed by plaintiffs' counsel.

(4) The order issued on May 2, 2022 (Doc. 32), which required the parties to submit a revised Rule 26(f) report, is suspended.  The court will set a status conference to discuss the next steps in the case.

DONE, this the 18th day of October, 2023.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE

4