IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| NATASHA JONES, individually and on behalf of all others similarly situated individuals, *et al.*, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CIVIL CASE NO. 2:22-cv-20-ECM |
| ASK TELEMARKETING, INC., | ) ) ) | |
| Defendant. | ) | |

# FINAL JUDGMENT

Upon consideration of the parties' notice of settlement (doc. 91) and proposed stipulated order approving their settlement (doc. 93), and in accordance with the Order entered on this day, it is ORDERED as follows:

1. The terms of the settlement agreement and release (doc. 93-1 at 2–16) as modified in the Court's Order approving the settlement are adopted and incorporated herein as part of this Order. The Court retains jurisdiction over this action for the purposes of enforcing compliance with the terms of this Order.

2. The Clerk of Court is DIRECTED to close this case.

DONE this 29th day of May, 2025.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE